PROB 12C
(6/16)

Report Date: October 22, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Oct 23, 2025**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Patrick Dale Culps, Jr.    Case Number: 0980 1:20CR02006-SAB-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Harrah, Washington 98933

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: March 23, 2022

Original Offense:   Ct. 1: Felon in Possession of a Firearm 18 U.S.C. §§ 922(g)(1) and 924(a)(2)
Ct. 2: Felon in Possession of Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2)
Ct. 3: Assault with a Dangerous Weapon in Indian Country 18 U.S.C. §§ 113(a)(7) and 1153

Original Sentence:   Prison - 70 months    Type of Supervision: Supervised Release
TSR - 36 months

Asst. U.S. Attorney:   Richard Barker    Date Supervision Commenced: September 19, 2025

Defense Attorney:   Troy Lee    Date Supervision Expires: September 18, 2028

---

### PETITIONING THE COURT

To issue a warrant

On September 23, 2025, the supervised release conditions were reviewed and signed by Mr. Culps, Jr., indicating an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: Mr. Culps Jr. is alleged to have violated his conditions of supervision by being arrested and charged with two counts of assault and battery on October 14, 2025.

Per Yakama Nation Police Department (YNPD) report case number 25-006802, on October 14, 2025, a YNPD officer was operating within the exterior boundaries of the Yakama Nation Reservation, in full uniform and in a fully marked patrol vehicle. At approximately 11:15 p.m. the officer was dispatched to 580 Fort Road Toppenish, Washington, in reference to a fight in progress.

The officer was advised that five subjects were fighting at the entrance of the casino by the stop light and there was a white car parked nearby. The officer was also advised there was another call stating Patrick Culps (DOB 10-24-80), an enrolled member of the Yakama Tribe, and RL (also an enrolled member) were making threats, and had just assaulted Victim 1 (V1). Dispatch also advised one of the subjects involved may have a firearm.

Prob12C
**Re: Culps, Patrick Dale**
**October 22, 2025**
Page 2

The YNPD officer arrived at approximately 11:17 p.m., and observed a white sedan parked at the entrance of the casino parking lot with several security officers around the area. The YNPD officer observed a female, identified as V1, sitting on the ground. The YNPD officer contacted one of the security officers who advised V1 might have been the person who started the fight, but the male involved was walking east near Fort Road. The security officer remained with V1, while the YNPD officer assisted another YNPD officer who had made contacted with Mr. Culps.

As the YNPD officer approached the other officer's location, he observed that Mr. Culps was up against the hood of the patrol vehicle. The officer advised Mr. Culps he was going to be detained pending the investigation, and also advised Mr. Culps he had a tribal warrant issued for his arrest. Before the officers could grab Mr. Culps' arm to detain him, he pulled his arm away and stepped back. The officers explained to Mr. Culps why he was being detained and told him he was not free to leave. The officers gave him instructions to place his hands behind his back, and he refused.

Mr. Culps stated he was on federal probation and was not going back to jail. He also repeatedly told the officers he did not do anything wrong. Mr. Culps stated they would have to kill him because he did not want to go back to jail. Mr. Culps' body language indicated he was going to fight officers if they tried to place him into handcuffs, as his fists were clenched and he had a bladed stance. Mr. Culps told the officers they were going to have to fight him if they tried to handcuff him. Due to Mr. Culps' behavior and statements, the officers felt he would fight them if they tried to detain him. In an attempt to prevent a fight with Mr. Culps, it was decided to use less lethal methods.

One of the officers deployed oleoresin capsicum spray at Mr. Culps face and eyes. After Mr. Culps was sprayed, the two officers grabbed and placed him on the ground. Once he was on the ground, an officer grabbed his right arm and placed it into a handcuff. Mr. Culps then gave up his left arm, put it behind him, and the officers handcuffed both arms behind him, checking for proper fit and double locking them. The officer assisted Mr. Culps to his feet and stood him in front of the patrol vehicle. An officer got a bottle of water from a Toppenish Police Department officer who arrived on scene. The YNPD officer had Mr. Culps sit on the bumper of the vehicle while the officer was using the water on his face. The officer advised dispatch to contact aid for Mr. Culps due to him being sprayed and stating he had asthma. The officer advised dispatch Mr. Culps was in the back of the vehicle en route to the entrance of the casino and to have aid meet there.

The YNPD officer arrived back at the casino to continue the investigation. The officer observed another YNPD officer had V1 detained and was escorting V1 to a patrol vehicle. The YNPD officer also observed another officer speaking to V1.

The YNPD officer contacted NW (also an enrolled member), who was standing near the vehicle. NW reported V1 called her stating Mr. Culps was assaulting her. NW stated during the phone call she heard Mr. Culps say to V1 that he was going to "end your life." NW indicated when she and her children arrived, they saw V1 on the ground and Mr. Culps near V1. When they got out of the vehicle, Mr. Culps came at them. NW stated Mr. Culps pushed her daughter, Victim 2 (V2), with both hands, hard enough that V2 fell to the ground. After Mr. Culps pushed V2, NW stated Mr. Culps punched her son, Victim 3 (V3), in the face. The YNPD officer asked NW if she was willing to write a voluntary statement and she refused. The YNPD officer contacted V3 who told the officer Mr. Culps did not punch him, but attempted to punch him, and V3 was pulled away by what he thought was a security officer. V3 told officers Mr. Culps did not say anything to him and only tried to punch him.

Prob12C
Re: Culps, Patrick Dale
October 22, 2025
Page 3

The YNPD officer returned to his patrol vehicle due to Mr. Culps being examined by aid. Another officer advised they needed to get Mr. Culps medically cleared due to his statements that he could not breathe. The officer advised dispatch Mr. Culps would be en route to the hospital to get medically cleared for booking. At approximately 11:51 p.m., YNPD arrived at the hospital. The officer went to get Mr. Culps out of the patrol vehicle and found him to be unresponsive. YNPD advised dispatch that Mr. Culps was not responsive, and he would be contacting nurses in the hospital. It should be noted that the officer could smell a strong odor of an intoxicating beverage emanating from Mr. Culps.

The officer went inside, asked for assistance, and was advised to pull into the ambulance bay to get Mr. Culps inside. Once in the bay, nurses and doctors came outside with a gurney. They used Narcan on Mr. Culps and he woke up. The doctor advised it did not appear to be drug related due to how Mr. Culps woke up right when the Narcan was administered. Mr. Culps was taken into the hospital to get medically cleared. Another officer arrived at the hospital and spoke with Mr. Culps. The officer heard Mr. Culps mention he violated his parole due to being intoxicated.

Once Mr. Culps was medically cleared he was escorted back to the patrol vehicle and was tranported to the Yakama Nation Correctional Facility. While en route to the jail, Mr. Culps explained he was drinking because a family member had passed away due to an overdose. He also explained his mother was sick and not doing well, and that was another reason he was drinking.

At approximately 12:25 a.m. the officer arrived at the jail. Mr. Culps was issued criminal citations 76173 and 76174, and warrant number CA-2020-0256, for violation of Yakama Tribal code: RYC 10.01.11 Assault and Battery times 2, for pushing V2 to the ground with both hands, and assaulting V1; RYC 10.01.09 Assault times 2, for threatening to end V1's life, and attempting to punch V3 and being pulled away before making contact; RYC 10.01.143 Resisting Arrest, for refusing to obey lawful commands and resisting while attempting to be placed into custody; and RYC 10.01.183 Liquor Violation- Adult, for being under the influence of an intoxicating beverage within the boundaries of the Yakama Nation. It should also be noted that Mr. Culps provided a portable breath test (PBT) of a .160 at the jail.

A mandatory court date was set for October 17, 2025, at 1:30 p.m. The YNPD officer explained the citations to Mr. Culps, advised him of his court date, and was given his copy of the warrant and the citations. While Mr. Culps was walking to the cell, he stated if he is in jail when his mother passes, he would come after the officer.

The officer cleared at approximately 1:02 a.m. YNPD was later advised that RL called dispatch stating V1 assaulted her and her uncle, Mr. Culps, at the casino. She stated she was tired of being hit, so she hit her back. At approximately 1:18 a.m., an officer contacted RL by phone. RL stated she and Mr. Culps picked up V1 in Wapato, Washington, and were going to the casino. She said V1 was intoxicated, and out of no where, started getting upset. RL did not know why V1 was upset. After they arrived to the casino, RL stated V1 started punching her and Mr. Culps about five times. They stopped in the parking lot and got out of the vehicle. RL stated Mr. Culps went to stop V1 from hitting them by sticking his arm out. He struck V1 and due to her being so intoxicated, she fell. RL said Mr. Culps did not push or punch V1 and she fell on her own. The officer advised RL they would add what she told them to the report. The officer noted RL had slurred speech on the phone. The officer asked her why she left the area before law enforcement arrived. RL stated she was told to leave by

security. The officer asked why she left Mr. Culps behind. RL advised Mr. Culps was upset and did not want to get in the vehicle. The officer asked RL if she had also partaken in drinking with Mr. Culps and V1. RL stated she did not drink.

On October 20, 2025, the undersigned officer spoke to staff at Yakama Nation Correctional Facility and confirmed Mr. Mr. Culps was in custody on the above charges. The next court appearance is scheduled for November 11, 2025.

2  **Mandatory Condition # 1:** You must not commit another federal, state or local crime.

**Supporting Evidence:** Mr. Culps is alleged to have violated his conditions of supervision by being arrested and charged with two counts of assault on October 14, 2025.

See narrative above.

3  **Mandatory Condition # 1:** You must not commit another federal, state or local crime.

**Supporting Evidence:** Mr. Culps Jr. is alleged to have violated his conditions of supervision by being arrested and charged with resisting arrest on October 14, 2025.

See narrative above.

4  **Mandatory Condition # 1:** You must not commit another federal, state or local crime.

**Supporting Evidence:** Mr. Culps Jr. is alleged to have violated his conditions of supervision by being arrested and charged with liquor violation-adult on October 14, 2025.

See narrative above.

5  **Special Condition # 5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Mr. Culps Jr. is alleged to have violated his conditions of supervision by consuming alcohol on October 14, 2025.

See narrative above.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 22, 2025

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

Prob12C
Re: Culps, Patrick Dale
October 22, 2025
Page 5

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

10/23/2025
Date